**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**HUNTER AVERY LOGAN KEITH**
**POTTS, IV, #1278683, "Elizabeth Jane"** **PLAINTIFF**

**V.** **CASE NO. 4:26-cv-00991 JM**

**MONROE LOVE** **DEFENDANT**

**ORDER**

Hunter Potts's Complaint (Doc. 2) is dismissed without prejudice because he failed to pay the filing fee, submit a complete motion to proceed *in forma pauperis*, or file an amended complaint as directed. (Doc. 2). LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 4th day of November, 2026.

UNITED STATES DISTRICT JUDGE